```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Robert L. Lytle, Jr.,              :

      Plaintiff,              :   Case No. 2:15-cv-3117

  v.                               :   JUDGE ALGENON L. MARBLEY
                                   Magistrate Judge Kemp
Sheriff Zach Scott, et al.,        :

      Defendants.              :

## ORDER

    Plaintiff, a prisoner, has filed an action against a governmental entity, officer, or employee. The full filing fee has been paid. The Court must now screen the complaint to determine if it is subject to dismissal as frivolous, failing to state a claim, or seeking monetary relief from an entity or individual immune from such relief, before service of the complaint is ordered. See 28 U.S.C. §1915A; In re Prison Litigation Reform Act, Administrative Order No. 97-01 (6th Cir., February 4, 1997).

    The Court, having conducted the initial screening required by statute, has concluded that service of process is appropriate. It is therefore ORDERED that the United States Marshal serve by certified mail upon each defendant named in part III, B and C of the form civil rights complaint a summons, a copy of the complaint, and a copy of this Order.

    The Clerk of Court is DIRECTED to mail a courtesy copy of the complaint and a copy of this Order to the Attorney General of Ohio, Criminal Justice Section, 30 East Broad Street, 26th Floor, Columbus, Ohio 43215.

    Each defendant is ORDERED to answer or otherwise respond to the complaint within forty-five (45) days after being served with

a copy of the complaint and summons.

                                                                                                 /s/Terence P. Kemp  
                                                                             United States Magistrate Judge